UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-22539-CV-WILLIAMS

MSPA CLAIMS 1, LLC, *et al.*,

    Plaintiffs,

v.

LIBERTY MUTUAL FIRE
INSURANCE COMPANY, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Chief Magistrate Judge Edwin G. Torres' Report and Recommendation (DE 187) ("***Report***") on Defendants' Motion for Judgment on the Pleadings, or, Alternatively, Partial Judgment on the Pleadings (DE 152) ("***Motion***"). In the Report, Chief Magistrate Judge Torres recommends that the Court deny Defendants' Motion. (DE 187 at 1.) No Party filed objections to the Report and the time to file objections has passed.

Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that:

1. The Report (DE 187) is **AFFIRMED AND ADOPTED**.
2. Defendants' Motion (DE 152) is **DENIED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>21st</u> day of September, 2023.

_____<br>
KATHLEEN M. WILLIAMS<br>
UNITED STATES DISTRICT JUDGE