UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-22539-CV-WILLIAMS

MSPA CLAIMS 1, LLC, *et al.*,

    Plaintiffs,

v.

LIBERTY MUTUAL FIRE INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on Chief Magistrate Judge Edwin G. Torres' Report and Recommendation (DE 220) ("***Report***") on Defendant's Motion for Summary Judgment (DE 200) ("***Motion***"). In the Report, Chief Magistrate Judge Torres recommends that the Court grant Defendant's Motion for Summary Judgment. (DE 220 at 1.) Specifically, the Report finds that "the claims alleged in this case are meritless and unsupported by the record on the motion." (*Id.*) Plaintiff filed Objections to the Report (DE 238) and Defendant filed a Response (DE 240).[1] The Court conducted a *de novo* review of the portions of the Report to which Plaintiff objected and a review of the remainder of the Report for clear error.

Having carefully reviewed the Report, the Objections, and having considered the extensive record and the applicable law, it is **ORDERED AND ADJUDGED** that:

---

[1] Plaintiff filed an additional Reply (DE 241) without prior leave of Court. Accordingly, the Reply is not considered in this Order.

1. The Report and Recommendation (DE 220) is **AFFIRMED AND ADOPTED**.

2. Defendant's Motion for Summary Judgment (DE 200) is **GRANTED**.

3. All deadlines and hearings are **CANCELLED**. All pending motions are **DENIED AS MOOT**.[2]

4. Judgement in favor of Defendant will be entered by way of a separate Order.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>12th</u> day of February, 2024.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

---

[2] The Court has reviewed Plaintiff's Motion for Partial Summary Judgment (DE 222) and finds the arguments unpersuasive.