UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-22539-CV-WILLIAMS

MSPA CLAIMS 1, LLC, *et al.*,

    Plaintiffs,

v.

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

    Defendant.
_____/

## FINAL JUDGMENT

**THIS MATTER** is before the Court following the entry of an Order granting Defendant's Motion for Summary Judgment (DE 200). (DE 242.) Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Final judgment is entered in favor of Defendant Liberty Mutual Fire Insurance Company.

2. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this 12th day of February, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE